OPINION — AG — ** SCHOOL BUSES — REPAIR ** "A BUILDING DEVOTED TO THE REPAIR AND UPKEEP OF BUSSES FOR SEPARATE SCHOOL CHILDREN" MAY LEGALLY BE ERECTED FROM FUNDS DERIVED FROM THE ADDITIONAL ONE MILL LEVY AUTHORIZED BY ARTICLE X, SECTION 9, FOR "THE ACQUISITION OF CITIES AND ERECTION OF BUILDING OR SEPARATE SCHOOLS FOR WHITE AND NEGRO CHILDREN" (SEE: `BROWN V. BOARD OF EDUCATION' — UNCONSTITUTIONAL `SEPARATE BUT EQUAL') CITE: 70 O.S.H. 4-22 (J. H. JOHNSON)